**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LUIS AUGUSTO CUNHA CALDEIRA, JR., and ALESSANDRA BORTOLETTO TOZZI CALDEIRA, *Plaintiffs*, v. JOHN THOMPSON, et al., *Defendants.* | **Civil Action No. 2:26-cv-11315** **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs, LUIS AUGUSTO CUNHA CALDEIRA, JR., and ALESSANDRA BORTOLETTO TOZZI CALDEIRA, by and through undersigned counsel, hereby voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiffs are entitled to dismiss this action without a court order. This dismissal is without prejudice.

**Dated: October 14, 2026**

Respectfully submitted,

Alexandra Minogue

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group, LLC
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiffs*

**So ORDERED on 10/15/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**